# IN THE SUPREME COURT OF TEXAS

No. 20-0290

AEROTEK, INC., PETITIONER

V.

LERONE BOYD, MICHAEL MARSHALL, JIMMY ALLEN, AND TROJUAN CORNETT, RESPONDENTS

ON PETITION FOR REVIEW

**ORDERED:**

1.    Petitioner's motion to stay discovery and trial court proceedings, filed April 10, 2020, is granted.  All trial court proceedings in Cause No. DC-18-00907, styled *Lerone Boyd, Michael Marshall, Jimmy Allen, and Trojuan Cornett v. Beck Company d/b/a Beck Group, HCBeck Holdings, Ltd., Aerotek, Inc., JR Butler, Inc., ML Holdings Company Crane Group, LLC, CSI Acquisition Company, LLC d/b/a Crane Servs. Inc., Morgan Patnode, and Mitchell West*, in the 95th District Court of Dallas County, Texas, are stayed pending further order of this Court.

Done at the City of Austin, this December 11, 2020.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY CLAUDIA JENKS, CHIEF DEPUTY CLERK